JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL TIMMONS, | Case No. CV 17-6782-GW(SSx) |
| Plaintiff, | |
| vs. | **ORDER** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | |
| Defendants. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: March 1, 2018

GEORGE H. WU, U.S. District Judge

Order to Dismiss - 1